UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE OVERSIGHT PROJECT, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant.* | Civ. A. No. 26-cv-2394 (BAH) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's Standing Order (ECF No. 3).

1. Plaintiff filed this suit on July 7, 2026 (ECF No. 1). In this suit, Plaintiff seeks to compel the production of documents in response to six separate Freedom of Information Act ("FOIA") requests it submitted to the Department of Homeland Security, U.S. Customs and Border Protection, and U.S. Customs and Immigration Enforcement, for the disclosure of records related to "the total number of illegal aliens removed by the Department and the total number of illegal aliens who voluntarily departed the United States." ECF No. 1 ¶¶ 1, 8.

2. On September 9, 2026, Defendant answered the Complaint. ECF No. 7. Defendant refers the Court to Defendant's answers and affirmative defenses. *Id.*

3. Defendant intends to move to consolidate this case with related case *Oversight Project et al. v. Department of Homeland Security,* 26-2395 (TSC) (D.D.C.). *See* Notice of Related Case (ECF No. 5). Plaintiffs intend to oppose the motion to consolidate.

4. **Status of Requests**– Three of the six FOIA requests at issue in this case were sent to Department of Homeland Security Headquarters. The search for one request (2026-HQFO-02693) has been completed. The search requests for two other requests- 2026-HQFO-02694 and 2026-HQFO-02697 have not been completed. Both of these requests have been referred to Immigration and Customs Enforcement. Two other requests were submitted directly to Immigration and Customs Enforcement (2026-ICEFO-26627 and 2026-ICEFO-26630) and one request was submitted directly to Customs and Border Protection (CBP-FO-2026-09864). Both ICE and CBP just assigned attorneys to this case who are working to ascertain the status of the requests sent to the respective agencies.

5. **Anticipated Number of Responsive Documents and Anticipated Release Date-** At this time, Defendants do not have an anticipated number of responsive documents or anticipated release date for all requests. Undersigned counsel has inquired with assigned agency counsels and expects to have this information by the next joint status report. Defendant anticipates the release of records responsive to request no. 2026-HQFO-02693 within 60 days.

6. **Motion for Stay -** Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted.

7. **Vaughn Index and Summary Judgment** - Defendant believes that summary judgment briefing and the filing of a Vaughn Index is premature at this time.

8. **Further Updates**

   a. **Defendant's Position**: To avoid too frequent and unnecessary filings, Defendants propose that the parties update the Court with the progress of Defendant's search and production in 90 days, *i.e.,* by December 22, 2026

b. **Plaintiff's Position**: In the interest of expediting this case, Plaintiff proposes that the parties update the Court with the progress of Defendant's search and production in 30 days, *i.e.,* by October 23, 2026.

Dated: September 23, 2026
Washington, D.C.

Respectfully submitted,

*/s/ Eric Neal Cornett*
ERIC NEAL CORNETT
The Oversight Projet
211 North Union Street
Alexandria, VA
(606) 275-0978
Neal@itsyourgov.org

*Attorney for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar No. 307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for United States of America*